UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**Luis Bertin Ruiz Martinez,**

                          Petitioner,

  -against-

**LaDeon Francis,** *et al*.,

                          Respondents.
-----------------------------------------------------------X

O R D E R

26-CV-00649 (RER)

**REYES, District Judge.**

For the reasons stated on the record at the February 12, 2026 hearing, the petition for writ of habeas corpus [1] is granted. Petitioner, Luis Bertin Ruiz Martinez (Alien Number 242-201-349), is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on February 13, 2026**.

Once the notice of release is received by the Court, the Clerk of Court is directed to close the case.

SO ORDERED.

Dated: Brooklyn, New York
       February 12, 2026

                                          /s/ Ramón E. Reyes, Jr.
                                          U.S. District Judge, EDNY