UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Luis Bertin Ruiz Martinez,

                        Petitioner,

          - against –

LaDeon Francis, et al.,

                        Respondents.
------------------------------------------------------------ X

JUDGMENT
26-CV-00649 (RER)

       An Order of Honorable Ramon E. Reyes, United States District Judge, having been filed on February 12, 2026, granting the petition for a writ of habeas corpus; it is

       ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; Petitioner, Luis Bertin Ruiz Martinez (Alien Number 242-201- 349), is to be released forthwith; and Respondents are directed to file a letter regarding their compliance with this order no later than 12:00 P.M. on February 13, 2026.

Dated: Brooklyn, New York
       February 13, 2026

Approved by: **/s/Ramón E. Reyes,Jr.**
RAMON E. REYES,JR
United States District Judge

Dated: Brooklyn, New York
       February 13, 2026

Approved by: _ */s/Brenna B. Mahoney*
BRENNA B. MAHONEY
Clerk of Court